COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:      01-13-00498-CV

Style:      Willie Koehler

     v. Reba Hankins and Amoco Federal Credit Union

Date motion filed[*]:      May 28, 2013

Type of motion:      Motion for appointment of counsel

Party filing motion:      Appellant, pro se

Document to be filed:

Ordered that motion is:

     ☐      Granted
             If document is to be filed, document due_____

     ☑      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant is not entitled to appointed counsel in this case.** ***See Gibson v. Tolbert,*** **102 S.W.3d 710, 712 (Tex. 2003); *Mustapha v. HSBC Bank USA, Nat'l Ass'n,* No. 14-11-00112-CV, 2012 WL 273897, at \*1 (Tex. App.-Houston [14th Dist.] Jan. 31, 2012, pet. Denied) (not designated for publication). Appellant's motion is denied.**

Judge's signature:    /s/ Sherry Radack
            ☑ Acting individually

Date:     **July 18, 2013**

---

[*]      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:      Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).